IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AIDA ACEVEDO**, <br><br> Plaintiff, <br><br> *v.* <br><br> **CITY OF READING, et al.**, <br><br> Defendants. | CIVIL ACTION <br><br> NO. 23-1224-KSM |

## ORDER

**AND NOW**, this 5th day of April 2024, upon consideration of Defendants' Motions for Summary Judgment (Doc. No. 23, 25) and responses thereto (Docs. No. 36, 39, 40, 41, 42), following oral argument, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. Defendants City of Reading and Eddie Moran's Motion for Summary Judgment (Doc. No. 25) is **GRANTED IN PART** and **DENIED IN PART**. Defendants' motion is **GRANTED** with respect to Plaintiff's retaliation claim against the City (Count II) and her equal protection claim Defendant Moran (Count III). Defendants' motion is **DENIED** with respect to Plaintiff's sex discrimination claim against the City (Count I).

2. Defendant Natanael Rivera Colon's Motion for Summary Judgment (Doc. No. 23) is **GRANTED** in its entirety.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.