# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AIDA ACEVEDO**, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF READING**, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 23-1224-KSM** |

## ORDER

**AND NOW**, this 27th day of September 2024, upon consideration of Plaintiff's Motion for New Trial (Doc. Nos. 85, 90) and responses thereto (Doc. Nos. 97, 98) and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion (Doc. Nos. 85, 90) is **DENIED.**

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.